**David N. WASHINGTON, Plaintiff-Appellant,**

v.

**Timothy STEWART, Warden, FCI Cumberland, Sued in Official & Individual Capacity; Mohamed Moubarek, Clinical Director, FCI Cumberland, Sued in Official & Individual Capacity; Kristi Crites, CRNP, FCI Cumberland, Sued in Official & Individual Capacity, Defendants-Appellees.**

No. 17-6289

United States Court of Appeals, Fourth Circuit.

Submitted: August 31, 2017

Decided: October 20, 2017

David N. Washington, Appellant Pro Se. Vickie Elaine LeDuc, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

Before NIEMEYER, KEENAN, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David N. Washington appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Washington v. Stewart*, No. 8:15-cv-03181-DKC, 2017 WL 550032 (D. Md. Feb. 10, 2017). We deny Washington's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before this court and argument would not aid the decisional process.

*AFFIRMED*